**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HALEY SIKORA,
On behalf of herself and all other
persons similarly situated,

      Plaintiff(s),

vs.                                                                                     Civil No.  18-CV-11075

LADY JANE'S HAIRCUTS FOR MEN
HOLDING COMPANY, LLC.,

      Defendant(s).
_____/

TAMIKA DURR,
On behalf of herself and all other
persons similarly situated,

      Plaintiff(s),

vs.                                                                                     Civil No.  18-CV-12014

LADY JANE'S HAIRCUTS FOR MEN,
HOLDING COMPANY, et al.,

      Defendant(s).
_____/

**ORDER OF CONSOLIDATION AND DISMISSAL**

The above case is assigned to the docket of the Honorable Robert H. Cleland as companion case to Case No. 18-CV-12014.  These cases involve common questions of law or fact.

**IT IS ORDERED** that these cases are consolidated in accordance with Fed. R. Civ. P. 42(a)  All pleadings are to be docketed as follows:

Civil No. 18-CV-11075

**HALEY SIKORA, TAMIKA DURR**
**On behalf of themselves and all**
**other persons similarly situated**

        **Plaintiffs,**

**v.**

**LADY JANE'S HAIRCUTS FOR MEN**
**HOLDING COMPANY, LLC.,**

        **Defendants**

Case No. 18-12014 is statistically **DISMISSED.**

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: July 6, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 6, 2018, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (810) 292-6522